|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| RYAN CRUTCHER, | CASE NO. C18-1671-RSM |
| --- | --- |
| Plaintiff, | |
| v. | ORDER GRANTING EXTENSION OF TIME |
| UNITED PARCEL SERVICE, | |
| Defendant. | |

Plaintiff, acting *pro se*, initiated this action against United Parcel Service ("UPS") on November 11, 2018. Dkt. #1. The Court granted Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1951(a)(1). Dkt. #4. On February 14, 2019, the Court ordered that the Combined Joint Status Report and Discovery Plan was due March 28, 2019. Dkt #6. No status report or discovery plan was filed by this deadline.

On April 17, 2019, the Court issued an Order to Show Cause on or before Friday, May 10, 2019, why this action should not be dismissed for failure to comply with the Court's previous Order. On May 8, 2019, Plaintiff filed a Motion for Time Extension. Dkt. #15. Plaintiff's Motion requests an extension due to his mental state from a brain aneurysm and lack of legal

help, and requests a lawyer for the case. *Id.* at 1. Defendant UPS has not filed an opposition to Plaintiff's Motion.

Despite Plaintiff's request for a lawyer in the Motion, he has not filed an application for court-appointed counsel. Parties in civil matters are not guaranteed a right to representation, but Plaintiff may request an attorney by completing an Application for Court-Appointed Counsel available on the U.S. District Court for the Western District of Washington website.

In an abundance of caution, the Court will provide Plaintiff with **fourteen (14)** days from the date of this Order to request court-appointed counsel. In the event that Plaintiff fails to take action within fourteen days, the Court shall dismiss this case without prejudice for failure to comply with this Order.

DATED this 10 day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE